1  GABRIEL A. JACKSON, State Bar No. 98119
   gaby@jjrlaw.com
2  JAMES J. O'BRIEN, State Bar No. 170035
   jobrien@jjrlaw.com
3  KERI A. DONOHUE, State Bar No. 226411
   kdonohue@jjrlaw.com
4  JACKSON JENKINS RENSTROM LLP
   55 Francisco Street, Sixth Floor
5  San Francisco, CA 94133
   Tel: (415) 982-3600
6  Fax: (415) 982-3700

7  Attorneys for Defendant
   BATH IRON WORKS CORPORATION
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11 ROBERT HENRY,                      Case No. 3:13-cv-01505-CRB

12            Plaintiff,              NOTICE OF SUBSTITUTION OF COUNSEL
                                      FOR DEFENDANT BATH IRON WORKS
13     vs.                            CORPORATION AND [PROPOSED] ORDER

14 BATH IRON WORKS CORPORATION,
   et al.,
15
              Defendants.
16

17

18    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19    PLEASE TAKE NOTICE that, subject to approval by the court, Defendant Bath Iron

20 Works Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of

21 Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP.

22 The contact information for new counsel is as follows:

23            Edward R. Hugo, State Bar No. 124839
              BRYDON HUGO & PARKER
24            135 Main Street, 20th Floor
              San Francisco, CA 94105
25            Telephone: (415) 808-0300
              Facsimile: (415) 808-0333
26            Email: service@bhplaw.com

27

28

BRYDON
HUGO & PARKER                          1
135 MAIN STREET    NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT BATH IRON WORKS CORPORATION
20TH FLOOR                      AND [PROPOSED] ORDER
San Francisco, CA 94105

1

<u>CONSENT TO SUBSTITUTION</u>

2

3      I consent to the above substitution.

4

5    Dated: 9|6|13                          By: _____

6                                               Jon A. Fitzgerald
                                                Bath Iron Works Corporation
7      I consent to being substituted.

8

9    Dated: 8|30|13                         By: _____

10                                              GABRIEL A. JACKSON
                                                JAMES J. O'BRIEN
11                                              KERI A. DONOHUE

12     I consent to the above substitution.

13

14   Dated: 9-6-2013                        By: _____

15                                              EDWARD R. HUGO

16   The substitution of attorney is hereby approved.

17   **IT IS SO ORDERED:**

18

19   Dated:  Sept. 16, 2013                 By: _____

20                                              HONORA_____
                                                UNITED STA_____ J_____
21

22

23

24

25

26

27

28

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT BATH IRON WORKS CORPORATION
AND [PROPOSED] ORDER

## **CERTIFICATE OF SERVICE**

The undersigned, counsel for Bath Iron Works Corporation, hereby certifies that a true and correct copy of the foregoing Notice of Substitution of Counsel was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on September 9, 2013.

*/s/ Keri A. Donohue* _____